UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-24044-CIV-COOKE/O'SULLIVAN

OSVALDO SOTO,

Plaintiff,
v.

BOOKING.COM B.V., and
BOOKING HOLDINGS INC.,

Defendants.
_____/

**RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT BOOKING HOLDINGS INC.**

Defendant Booking Holdings Inc., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock. Booking Holdings Inc. is a publicly held corporation.

Dated: November 23, 2020                Respectfully submitted,

By: /s/ L Andrew S. Riccio
L Andrew S. Riccio
(Fla. Bar No. 91978)
Andrew.Riccio@bakermckenzie.com

BAKER & McKENZIE LLP
452 Fifth Avenue
New York, New York 10018
Telephone: 212-626-4100
Facsimile: 212-391-1697

Michael A. Duffy (motion for *pro hac vice* admission forthcoming)
Michael.Duffy@bakermckenzie.com
Michael C. McCutcheon (motion for *pro hac vice* admission forthcoming)
Michael.McCutcheon@bakermckenzie.com
Patricia Mathy (motion for *pro hac vice* admission forthcoming)
Patricia.Mathy@bakermckenzie.com

BAKER & McKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Telephone: 312-861-8000
Facsimile: 312-698-2681

*Counsel for Booking.com Holdings Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 23, 2020, a true and correct copy of the foregoing document was served on all counsel of record via CM/ECF.

By: /s/ L Andrew S. Riccio<br>L Andrew S. Riccio

2