# EXHIBIT A

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2021-000735-CP-02
SECTION: PMH03
JUDGE: Rosa C Figarola

**IN RE: Soto, Osvaldo N**

Decedent

_____/

## ORDER APPOINTING PERSONAL REPRESENTATIVE

On the petition of **Eduardo R. Soto** for administration of the above estate ("Estate"), the Court finding that the Decedent died on **January 9th, 2021**, and that **Eduardo R. Soto** is/are entitled to appointment as personal representative(s) by reason of being a son and beneficiary of the decedent and also the decedent's surviving spouse and heir has consented to same, and is/are qualified to be personal representative(s) ("Personal Representative(s)"), it is

ADJUDGED that **Eduardo R. Soto** is/are appointed Personal Representative(s) of the Decedent's Estate, and that upon taking the prescribed oath, filing designation of resident agent and acceptance, and entering into bond in the sum of $0, Letters of Administration shall be issued.

This Order is subject to the following restrictions:

1. This Estate must be closed within 12 months, unless it is contested or its closing date is extended by court order.

2. Unless a bond has been issued and approved by this Court, the Personal Representative(s) shall place all liquid assets in a depository designated by the Court pursuant to section 69.031, Florida Statutes ("Depository"). This is a frozen account. No funds can be withdrawn without a court order.

3. If Florida real estate is sold, per court order, a closing statement shall be filed, and the sale's net proceeds shall be placed in the Depository.

4. The Attorney of Record shall file receipt of assets by the Depository within thirty days from the issuance of the Letters of Administration.

5. There shall be no sale, encumbrance, borrowing, or gifting of any assets without a court order.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 4th day of March, 2021.

2021-000735-CP-02 03-04-2021 4:53 PM

Hon. Rosa C Figarola

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Antonio J Soto IV, asoto@probatesfl.com
Antonio J Soto IV, sdecaterino@probatesfl.com

**Physically Served:**