IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24044-Civ COOKE/O'SULLIVAN

OSVALDO SOTO,

    Plaintiff,

v.

BOOKING.COM B.V., AND
BOOKING HOLDINGS INC.,

    Defendants.
_____/

**ORDER GRANTING SUBSTITUTION OF PLAINTIFF**

THIS CAUSE came before the Court on Eduardo Soto's, as Personal Representative of Osvaldo Soto's estate, Motion for Substitution of Plaintiff filed on March 15, 2021, and the Court having reviewed the filing and being otherwise fully advised, it is:

ORDERED AND ADJUDGED that:

1. The Motion to Substitute Plaintiff is **granted.**

2. Eduardo Soto, as Personal Representative of Osvaldo Soto's estate, is substituted as plaintiff, as of the date of this Order, for the recently deceased Osvaldo Soto.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this \_\_\_ day of March 2021.

                                                              _____
                                                                   MARCIA COOKE
                                                                   CIRCUIT COURT JUDGE

Copies furnished to:
All counsel of record