IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24044-Civ COOKE/TORRES

EDUARDO SOTO, as Personal
Representative of the Estate of
OSVALDO SOTO,

    Plaintiff,

v.

EXPEDIA GROUP, INC.,
BOOKING.COM B.V., BOOKING
HOLDINGS INC.,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Eduardo Soto, as Personal Representative of the Estate of Osvaldo Soto, pursuant to Local Rule 7.8, respectfully submits this Notice of Supplemental Authority in support of its opposition [D.E. 79] to Defendants' Joint Motion to Dismiss [D.E. 70]. On March 21, 2022, Judge Beth Bloom entered an omnibus order ("Order") granting summary judgment for the plaintiff in four related matters styled *Havana Docks Corp. v. Carnival Corp.*, Case No. 19-cv-21724 Bloom/McAliley, *Havana Docks Corp. v. MSC Cruises S.A. et al.*, Case No. 19-cv-23588 Bloom/Louis, *Havana Docks Corp. v. Royal Caribbean Cruises, Ltd.*, Case No. 19-cv-23590 Bloom/Louis, and *Havana Docks Corp. v. Norwegian Cruise Line Holdings, Ltd.*, Case No.: 19-cv-23591 Bloom/Louis, 2022 WL 831160, (S.D. Fla. Mar. 21, 2022), a copy of which is attached as **Exhibit A**.

The Order resolves certain questions that presently are pending in defendants' motion to dismiss. Those questions include: the definition and application of the term

"trafficking" (Order at 80-90); the definition and application of "knowingly and intentionally" (Order at 90-98, 153-54); the "lawful travel exception" (Order at 113-45); due process (Order at 152); and the act of state doctrine (Order at 158-59).

Dated: March 28, 2022

                Respectfully submitted,

                **RIVERO MESTRE LLP**

                2525 Ponce de Leon Blvd., Suite 1000
                Coral Gables, Florida 33134
                Telephone: (305) 445-2500
                Facsimile: (305) 445-2505
                E-mail: arivero@riveromestre.com
                E-mail: arolnick@riveromestre.com
                E-mail: amalave@riveromestre.com
                E-mail: strujillo@riveromestre.com

By:     */s/ Andrés Rivero*
        ANDRÉS RIVERO
        Florida Bar No. 613819
        ALAN H. ROLNICK
        Florida Bar No. 715085
        ANA C. MALAVE
        Florida Bar No. 83839
        SYLMARIE TRUJILLO
        Florida Bar No. 112768

**MANUEL VAZQUEZ, P.A.**

2332 Galiano St., Second Floor
Coral Gables, Florida 33134
Telephone: (305) 445-2344
Facsimile: (305) 445-4404
E-mail: mvaz@mvazlaw.com

By:     */s/ Manuel Vazquez*
        MANUEL VAZQUEZ
        Florida Bar No. 132826

## **CERTIFICATE OF SERVICE**

I certify that on March 28, 2022, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By:     */s/ Andrés Rivero*
        ANDRÉS RIVERO