## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24044-Civ COOKE/TORRES

EDUARDO SOTO, as Personal
Representative of the Estate of
OSVALDO SOTO,

     Plaintiff,

v.

EXPEDIA GROUP, INC.,
BOOKING.COM B.V., BOOKING
HOLDINGS INC.,

     Defendants.

_____/

## JOINT STATUS REPORT

In accordance with the Court's Order on Defendants' Motion to Stay (the "Order") [D.E. 99], plaintiff Eduardo Soto, as Personal Representative of the Estate of Osvaldo Soto, and defendants Expedia Group, Inc., Booking Holdings Inc., and Booking.com B.V. (collectively with plaintiff, the "Parties"), respectfully submit this status report:

1.     On August 1, 2022, the Court granted defendants' motion to stay the case, denied defendants' motion to dismiss as moot, and administratively closed the case. *Id.* at 7.

2.     The case was stayed pending the Eleventh Circuit Court of Appeals' resolution of *Del Valle v. Expedia Group, Inc.* (No. 20-12407) and *Garcia-Bengochea v. Carnival Corp.* (No. 20-12960). *Id.* at 7. According to the Order, a stay was warranted because "several dispositive issues raised in those cases are also relevant here, and specifically because Defendants here are also the defendants in *Del Valle*." *Id.* at 5.

1

3. The Court required the parties to file a status report by August 30, 2022, and every 45 days thereafter regarding the status of the proceedings. *Id.*

4. On November 22, 2022, the Eleventh Circuit issued its opinion in *Del Valle v. Expedia Group, Inc.,* finding that the district court had specific personal jurisdiction over the Booking and Expedia Entities, and that plaintiffs had plausibly alleged Article III standing. The district court's dismissal order on appeal was reversed and remanded for further proceedings. 2022 WL 17101160, at *8 (11th Cir. Nov. 22, 2022).

5. On February 8, 2023, the Eleventh Circuit issued its mandate and returned the case to the District Court. *See* ECF No. 76. The Parties agree that the stay should remain in place until a replacement judge is assigned, since the matter was pending before Judge Cooke.

Dated: May 30, 2023                    Respectfully submitted,

| | |
|---|---|
| **RIVERO MESTRE LLP**<br>*Attorneys for Plaintiff*<br>2525 Ponce de Leon Blvd., Suite 1000<br>Coral Gables, Florida 33134<br>Telephone: (305) 445-2500<br>Fax: (305) 445-2505<br>E-mail: arivero@riveromestre.com<br>E-mail: arolnick@riveromestre.com<br>E-mail: rkuntz@riveromestre.com<br>Email: amalave@riveromestre.com<br>Email: strujillo@riveromestre.com<br><br>By: *Andrés Rivero*<br>ANDRÉS RIVERO<br>Florida Bar No. 613819<br>ALAN ROLNICK<br>Florida Bar No. 715085<br>ROBERT J. KUNTZ JR.<br>Florida Bar No. 094668<br>ANA C. MALAVE<br>Florida Bar No. 83839<br>SYLMARIE TRUJILLO<br>Florida Bar No. 112768 | *L Andrew S. Riccio*<br>L Andrew S. Riccio (Fla. Bar No. 91978)<br>Andrew.Riccio@bakermckenzie.com<br><br>**BAKER & McKENZIE LLP**<br>452 Fifth Avenue<br>New York, New York 10018<br>Telephone: 212-626-4100<br>Facsimile: 212-391-1697<br><br>Michael A. Duffy (admitted pro hac vice)<br>Michael.Duffy@bakermckenzie.com<br>Michael C. McCutcheon (admitted pro hac vice)<br>Michael.McCutcheon@bakermckenzie.com<br>Patricia Mathy (admitted pro hac vice)<br>Patricia.Mathy@bakermckenzie.com<br><br>**BAKER & McKENZIE LLP**<br>300 East Randolph Street, Suite 5000<br>Chicago, Illinois 60601<br>Telephone: 312-861-8000<br>Facsimile: 312-698-2681 |

| | |
|---|---|
| **MANUEL VAZQUEZ, P.A.**<br>2332 Galiano St., Second Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 445-2344<br>Facsimile: (305) 445-4404<br>E-mail: mvaz@mvazlaw.com<br><br>By: *Manuel Vazquez*<br>MANUEL VAZQUEZ<br>Florida Bar No. 132826 | *Counsel for Booking.com B.V. and Booking Holdings Inc.*<br><br>By: *David D. Shank*<br><br>**SCOTT DOUGLASS & MCCONNICO LLP**<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 Telephone<br>(512) 495-6399 Facsimile<br><br>David D. Shank (admitted pro hac vice)<br>Texas Bar No. 24075056<br>dshank@scottdoug.com<br><br>**AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Suite 1100<br>Miami, FL 33131<br>(305) 374-5600 Telephone<br>(305) 349-4656 Facsimile<br><br>Lorayne Perez<br>Florida Bar No. 85265<br>Lorayne.perez@akerman.com<br><br>*Counsel for Defendant Expedia Group, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on May 30, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: _____/s/ Andrés Rivero_____
ANDRÉS RIVERO