UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-cv-24044-MIDDLEBROOKS**

EDUARDO SOTO, as Personal
Representative of the Estate of
Osvaldo Soto,

    Plaintiff,

v.

BOOKING.COM B.V.,
BOOKING HOLDINGS INC., and
EXPEDIA GROUP, INC.,

    Defendants.
_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a) and S.D. Fla. Local Rule 3.6.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of December, 2023.

                                                         MELISSA DAMIAN
                                                         UNITED STATES MAGISTRATE JUDGE

This cause will be reassigned by the Clerk's Office in accordance with the Local Rules for the Southern District of Florida and the applicable Administrative Order.

All documents for filing in this case shall carry the following case number and designation: 20-24044-CIV-<u>Middlebrooks</u> / <u>Reid</u>.

BY ORDER OF THE COURT this <u>20th</u> day of December, 2023, Miami, Florida.

                                                    ANGELA E. NOBLE
                                                    Clerk of Court

                                                    By: <u>/s/Valerie Kemp</u>

Copies to:
Hon. Donald M. Middlebrooks
Counsel of Record