UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-24044-CV-MIDDLEBROOKS

OSVALDO SOTO and
EDUARDO SOTO, as Personal Representative
of OSVALDO SOTO,

Plaintiffs,

v.

EXPEDIA GROUP, INC.,
BOOKING.COM B.V., and
BOOKING HOLDINGS INC.,

Defendants.

_____/

## ORDER DISMISSING CERTAIN DEFENDANTS

THIS CAUSE comes before the Court on the Joint Stipulation of Partial Voluntary Dismissal with Prejudice, filed on December 28, 2023. (DE 120). Plaintiff Eduardo Soto, as Personal Representative of the Estate of Osvaldo Soto and Defendants Booking.com B.V. and Booking Holdings Inc. stipulate to the voluntary dismissal of Defendants Booking.com B.V. and Booking Holdings Inc. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss a defendant by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants Booking.com B.V. and Bookings Holdings Inc. have served neither filing. Accordingly, it is hereby

**ORDERED and ADJUDGED** that

(1) Plaintiffs' claims against Booking.com B.V. and Booking Holdings Inc., are **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **TERMINATE** Defendants Booking.com B.V. and Booking Holdings Inc. as defendants in this matter.

**SIGNED** in Chambers in West Palm Beach, Florida, this 2nd day of January, 2024.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record