# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

## Case No. 20-24044-CIV- MIDDLEBROOKS/REID

**EDUARDO SOTO**, as Personal Representative
of the Estate of **Osvaldo Soto**,

    Plaintiff,

v.

**EXPEDIA GROUP, INC.**

    Defendant.

_____

## [PROPOSED] ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE

  **THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on _____. Calendar call will be held at _____. This case shall be assigned to the **Complex Track.** The Parties shall adhere to the following schedule:

| Deadline | Plaintiff's Proposal | Defendant's Proposal |
| --- | --- | --- |
| The Parties shall select a mediator in accordance with Local Rule 16.2; schedule a time, date and place for mediation; and jointly **file a proposed order scheduling mediation** in the form specified on the Court's website, http://www.flsd.uscourts.gov. Mediation must be completed by **May 15, 2024**. If the Parties cannot agree on a mediator, they shall notify the Clerk in writing as soon as possible, and the Clerk shall designate a certified mediator on a blind rotation basis. Counsel for all Parties shall familiarize themselves with and adhere to all provisions of Local | March 1, 2024 | February 2, 2024 |

| | | |
|---|---|---|
| Rule 16.2. Within **seven (7) days** of mediation, the Parties are required to file a mediation report with the Court. In accordance with the procedures outlined in the CM/ECF Administrative Procedures, the proposed order must be emailed to middlebrooks@flsd.uscourts.gov in Word format. | | |
| All Parties make Rule 26(a) initial disclosures. | March 1, 2024 | February 2, 2024 |
| Deadline to file motions to amend pleadings or join parties. | March 1, 2024 | February 2, 2024 |
| Deadline to exchange expert witness designations and reports. | May 3, 2024 | March 15, 2024 |
| Deadline to exchange expert witness designations and reports for experts contradicting or rebutting evidence on the same matter identified by another party. | May 31, 2024 | April 15, 2024 |
| Deadline to complete all discovery. | June 28, 2024 | May 3, 2024 |
| Deadline to file dispositive motions. | August 30, 2024 | May 31, 2024 |
| Deadline to file pretrial motions, including motions in limine and *Daubert* motions. | September 27, 2024 | August 30, 2024 |
| Resolution of all pretrial motions by the Court. | October 25, 2024 | September 27, 2024 |
| Plaintiff serves witness and exhibit lists as well as deposition designations. | November 1, 2024 | September 30, 2024 |
| Defendant serves witness and exhibit lists as well as deposition designations. | November 8, 2024 | October 7, 2024 |
| Pretrial stipulations and joint proposed jury instructions are filed by this date. The Parties shall confer a week in advance of this deadline. | November 15, 2024 | October 14, 2024 |
| Date certain for pretrial conference. | November 15, 2024 | October 14, 2024 |
| Date certain for trial. | December 2, 2024 | October 21, 2024 |

**DONE AND ORDERED** in West Palm Beach, Florida, this \_\_\_\_\_ day of _____ , 2024.

_____
**DONALD M. MIDDLEBROOKS**
**UNITED STATES DISTRICT JUDGE**