IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24044-MIDDLEBROOKS

EDUARDO SOTO, as personal
representative of the estate of
OSVALDO SOTO,

v.

EXPEDIA GROUP, INC.,

_____/

**MOTION TO WITHDRAW AS COUNSEL FOR
EDUARDO SOTO, AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF OSVALDO SOTO**

Andrés Rivero, Esq., Alan H. Rolnick, Esq., Ana C. Malave, Esq., and Sylmarie Trujillo, Esq. of the law firm Rivero Mestre LLP, and Manuel Vazquez, Esq., of Manuel Vazquez P.A. (collectively "Counsel"), pursuant to Local Rule 11.1(d)(3) and Rule 4-1.16(b)(1) of the Florida Bar's Rules of Professional Conduct, respectfully request that this Court permit them to withdraw as counsel of record for plaintiff Eduardo Soto, as personal representative of the estate of Osvaldo Soto. Counsel also request a brief 30-day extension of pending deadlines to allow Mr. Soto to retain new counsel. In support of this motion, Counsel state as follows:

1. The undersigned were retained as counsel by Eduardo Soto, who operates as personal representative of the estate of Osvaldo Soto, to represent him in this matter.

2. Irreconcilable differences have arisen between counsel and Mr. Soto.

3. Under Rule 4-1.16(b)(1) of the Florida Bar's Rules of Professional Conduct, counsel may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client.

1

4.	Mr. Soto's interests will not be adversely affected by Counsel's withdrawal from this matter as the next deadline scheduled in this case is June 13, 2024. In an abundance of caution, counsel respectfully request a brief 30-day extension of pending deadlines to allow Mr. Soto to locate substitute counsel.

5.	Pursuant to Local Rule 11.1(d)(3)(A), the undersigned certify that they have advised Mr. Soto of their intention to withdraw as counsel of record in this case.

6.	Eduardo Soto's contact information is: 9999 Ponce de Leon, Ste. 1040, Coral Gables, FL 33134-3064; soto27@comoinmigrarausa.com.

7.	This motion is not being filed to hinder or delay this matter or to prejudice any party.

For the reasons explained above, Andrés Rivero, Esq., Alan H. Rolnick, Esq., Ana C. Malave, Esq., and Sylmarie Trujillo, Esq. of the law firm Rivero Mestre LLP, and Manuel Vazquez, Esq., of Manuel Vazquez P.A., respectfully request that they be permitted to withdraw as counsel for Mr. Soto, and that the Court grant a brief 30-day extension of pending deadlines to allow Mr. Soto to retain new counsel. A proposed order granting the motion is attached as **Exhibit A**.

## S.D. FLA. L.R. 7.1 CERTIFICATION

In accordance with S.D. Fla. L. R. 7.1(a)(3), counsel for the parties conferred in good faith regarding this motion. Defendants oppose the relief sought.

Dated: May 2, 2024                                       Respectfully submitted,

**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Tel.: (305) 445-2500
Fax: (305) 445-2505
E-mail: arivero@riveromestre.com

        E-mail: arolnick@riveromestre.com
        E-mail: amalave@riveromestre.com
        E-mail: strujillo@riveromestre.com
        Secondary: receptionist@riveromestre.com

By: */s/ Andrés Rivero*
ANDRÉS RIVERO
Florida Bar No. 613819
ALAN H. ROLNICK
Florida Bar No. 715085
ANA C. MALAVE
Florida Bar No. 83839
SYLMARIE TRUJILLO
Florida Bar No. 112768

**MANUEL VAZQUEZ, P.A.**
2332 Galiano St., Second Floor
Coral Gables, Florida 33134
Telephone: (305) 445-2344
Facsimile: (305) 445-4404
E-mail: mvaz@mvazlaw.com

By:   /s/ Manuel Vazquez
      Florida Bar No. 132826

## CERTIFICATE OF SERVICE

I certify that on May 2, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being electronically served today on all counsel of record through CM/ECF.

*/s/ Andrés Rivero*
ANDRÉS RIVERO