# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24044-MIDDLEBROOKS

EDUARDO SOTO, as personal
representative of the estate of
OSVALDO SOTO,

v.

EXPEDIA GROUP, INC.,

_____/

**ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR EDUARDO SOTO, AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF OSVALDO SOTO**

This cause came before the Court on Andrés Rivero, Esq., Alan H. Rolnick, Esq., Ana C. Malave, Esq., and Sylmarie Trujillo, Esq. of the law firm Rivero Mestre LLP, and Manuel Vazquez, Esq., of Manuel Vazquez P.A.'s, (collectively "Counsel") Motion to Withdraw as Counsel for Eduardo Soto, as personal representative of the estate of Osvaldo Soto ("Motion") (ECF No. 147). This Court, having considered the Motion and being otherwise fully advised, is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

Accordingly, as of the date of this Order, Andrés Rivero, Esq., Alan H. Rolnick, Esq., Ana C. Malave, Esq., and Sylmarie Trujillo, Esq. of the law firm Rivero Mestre LLP, and Manuel Vazquez, Esq., of Manuel Vazquez P.A., shall no longer be counsel of record for plaintiff Eduardo Soto, as personal representative of the estate of Osvaldo Soto, and are relieved of all further obligations in this matter. All pending deadlines shall be extended by 30 days. **DONE AND ORDERED** in chambers on this _____ day of _____, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: counsel of record