UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-CV-24044-MIDDLEBROOKS

EDUARDO SOTO, as personal
Representative of the estate of OSVALDO
SOTO,
                    Plaintiff,

vs.

EXPEDIA GROUP, INC.,

                    Defendants,
_____/

## NOTICE OF PRO SE APPEARANCE AND DESIGNATION OF ELECTRONIC MAIL ADDRESSES FOR ATTORNEY OF RECORD

PLEASE TAKE NOTICE of the appearance of the undersigned acting Pro Se as Personal Representative of the estate of Osvaldo Soto (Plaintiff, in the above-captioned action. Please direct copies of all pleadings, orders, correspondence, and other documents to the undersigned.

Plaintiff, OSVALDO SOTO, by and through his Personal Representative of the estate, hereby files this Notice of Designation of Electronic Mail Addresses pursuant to the 11.1 (d) Local Rule of the United States District Court for the Southern District of Florida, and hereby designates the following email address for receiving electronic service documents:

soto27@comoinmigrarausa.com

Please use all e-mail addresses for electronic correspondence and filings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail and/or E-Service compliant with Local Rule 5.1 of the United States District Court for the Southern District of Florida this **6th** day of June 2023 to all counsel of record.

    Respectfully Submitted,

*/s/ Eduardo R. Soto, Esq.*
Eduardo R Soto,
Esq.
Fla. Bar No.: 0858609
Eduardo Soto, P.A.
999 Ponce de Leon Boulevard., Suite #1040
Coral Gables, FL 33134
Tel.: (305) 446-8686
Fax: (305) 529-0445