**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 20-CV-24044-MIDDLEBROOKS

EDUARDO SOTO, as personal
Representative of the estate of OSVALDO
SOTO,
Plaintiff,
vs.
EXPEDIA GROUP, INC.,
Defendants,
_____/

**MOTION FOR EXTENSION OF TIME**

Plaintiff, OSVALDO SOTO, by and through EDUARDO SOTO, as Personal Representative, files this Motion for Extension of Time, and as grounds thereof states as follows:

1. On May 2, 2024, Andres Rivero, Esq., Alan H. Rolnick, Esq., of Manuel Vazquez P.A. (Plaintiff's Counsel), filed a Motion to withdraw as a Plaintiff's Counsel.

2. On May 16, 2024, Honorable Judge Donald M. Middlebrooks, granted in Part Motion to Withdraw (DE 147). However, Honorable Judge denied a thirty-day extension of pending deadlines.

3. Plaintiff request four (4) months extension in order to allow him sufficient time to retain a successor counsel.

4. In addition, Plaintiff request additional time in order to file supporting evidence for discovery.

5. A reasonable extension in Plaintiff's case to allow him and successor counsel to sufficiently prepare the case would be in the best interest of all parties.

6. The Motion is made in good faith and is not for dilatory purposes of for purposes of

delay.

WHEREFORE, Plaintiff, respectfully requests this Court enter an Order Granting him Motion for Extension of Time and for such other relief as the Court deems necessary and appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail and/or E-Service compliant with Local Rule 5.1 of the United States District Court for the Southern District of Florida this **7th** day of June 2024 to all counsel of record.

Respectfully Submitted,

*/s/ Eduardo R. Soto, Esq.*
Eduardo R Soto, Esq.
Fla. Bar No.: 0858609
Eduardo Soto, P.A.
Suite #1040
999 Ponce de Leon Boulevard.,
Coral Gables, FL 33134
Tel.: (305) 446-8686
Fax: (305) 529-0445