UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24044-CV-Middlebrooks

EDUARDO SOTO, as Personal Representative
of the Estate of Osvaldo Soto,

      Plaintiff,

v.

EXPEDIA GROUP, INC.,
BOOKING.COM B.V.,
and BOOKING HOLDINGS INC.,

      Defendants.
_____/

## ORDER ON MOTION TO DISMISS FOR LACK OF PROSECUTION

THIS CAUSE comes before the Court upon Defendant Expedia Group, Inc.'s Motion to Dismiss for Lack of Prosecution, filed on June 6, 2024. (DE 156). On May 2, 2024, Plaintiff's former counsel filed a motion to withdraw, citing irreconcilable differences. Defendant opposed the Motion. (DE 151). On May 17, 2024, I allowed Plaintiff's former counsel to withdraw and gave Plaintiff two weeks, until May 31, 2024, to find new counsel or indicate his intent to proceed pro se. (DE 153). I warned Plaintiff that he risked dismissal for failure to prosecute if he did not comply. I instructed Plaintiff's former counsel to serve a copy of the Order upon Plaintiff, ensure he is aware of the possible consequences, and confirm Plaintiff's receipt. Plaintiff's former counsel filed a Notice of Compliance with these instructions, stating that they received an automated delivery receipt of the email sent to Plaintiff and received confirmation from Federal Express that the Order was delivered to Plaintiff's address. (DE 154). Plaintiff did not have an attorney file an appearance or indicate his intent to proceed by May 31, 2024. Defendant filed the present Motion six days after Plaintiff's deadline.

While, Plaintiff has yet to respond to Defendant's Motion, I note that also on June 6, 2024, a Notice of Attorney Appearance for Plaintiff was filed. (DE 158). And on June 7, 2024, Plaintiff's new counsel filed a Motion for Extension of Time. (DE 159). As Defendant's Motion to Dismiss is entirely premised on Plaintiff failing to secure new counsel and comply with court deadlines and Plaintiff now has new counsel, I find Defendant's arguments moot. In the interest of resolving this case on its merits, it is therefore **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss for Lack of Prosecution (DE 156) is **DENIED**.

**SIGNED** in Chambers in West Palm Beach, Florida on this 10 day of June, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record